James MARCELLO; Olivia Marcello,
Plaintiffs, Appellants,

v.

State of MAINE, Department
of Human Services, et al.,
Defendants, Appellees.

No. 01–2249.

United States Court of Appeals,
First Circuit.

March 18, 2002.

James C. Marcello and Olivia A. Marcello on brief pro se.

G. Steven Rowe, Attorney General, and Andrew S. Hagler, Assistant Attorney General, on brief for appellees.

Before SELYA, Circuit Judge, CAMPBELL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

We have reviewed the parties' briefs and the record on appeal. Whether reviewed de novo or for abuse of discretion, there was neither error of law nor abuse of discretion in the district court's August 22, 2001 judgment dismissing the complaint. We *affirm* essentially for the reasons stated in the magistrate judge's Recommended Decision of August 17, 2001.

*Affirmed.*